# Kevin B. Zazzera
## ATTORNEY AT LAW*

182 Rose Avenue, Staten Island, New York 10306
Phone: (718) 987-2700
Fax: (718) 987-7282

*Admitted in NY and NJ*

January 13, 2021

Via ECF
Honorable Nancy Hershey Lord
United States Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

Re: Phyllis M. D'Accordo
Case No. 20-44115

Dear Judge Lord,

I am not opposing the motion to deny the debtor a discharge in the above-referenced case as the debtor has already received a Chapter 7 discharge within two years of the present filing as pointed out by the Office of the United States Trustee.

Should the Court require anything further regarding this matter, please do not hesitate to contact the undersigned. Thank you.

Respectfully,

Kevin B. Zazzera